# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ARTUR SHEHU

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: **08CR 0059**

**MAGISTRATE JUDGE ASHMAN**

*FILED JAN 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __1/7/2008__ in __DuPage__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                        Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ■ Yes    ___ No

_____
Signature of Complainant
**LARRY L. LAPP**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__January 25, 2008__                    at      __Chicago, Illinois__
Date                                             City and State

__MARTIN C. ASHMAN  United States Magistrate Judge__    _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

**STATE OF ILLINOIS**     )
                          )  ss
**COUNTY OF COOK**        )

### AFFIDAVIT

I, LARRY L. LAPP, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for over seven years. I am currently assigned to the Chicago FBI's West Resident Agency in Lisle, Illinois, where I investigate violent crimes, and I am familiar with fugitive investigations. The information contained in this affidavit was provided to me by Villa Park Police Department (VPPD) Lieutenant Michael Lay and Detective John Szkolka, unless otherwise indicated.

2. On January 7, 2008 at approximately 3:39 a.m., a man who identified himself as ARTUR SHEHU called 911 from a pay phone and stated that the devil with the big head was going to get him. He further stated that he was going to 46 West Ridge Street, Villa Park, Illinois, in order to kill himself and burn his body. Villa Park Police Officers then responded to the 46 West Ridge Street address. Upon their arrival, officers found the back door of the home unlocked, however, nobody inside responded to their calls. When the house was searched, the bodies of Syria Shehu and Safo Shehu were found inside the home. Both had been shot in the head.

3. While continuing the search of the home, officers located a note left by ARTUR SHEHU. In the note, SHEHU admitted

shooting his parents and indicated that he was going to shoot himself, but that it could not occur in the same house. Although SHEHU did not provide a location where he planned on killing himself, he did indicate that he hoped the police did not find his body and, if they did, that he wanted his body burned and the ashes thrown into a lake or a river. The note also outlined his wishes that the bodies of his parents be buried in Albania.

4. Later that same day, the Chicago Police Department located the taxi cab SHEHU owned and drove parked in a handicapped parking space along Lake Michigan at 3700 North Recreation Drive. The vehicle was unoccupied, and inside police found a note from SHEHU that asked the reader to call the police. Included in the note was the 46 West Ridge Street address in Villa Park and a notation that he had killed his parents.

5. On January 9, 2008, the Circuit Court of Dupage County, Illinois, issued an arrest warrant for SHEHU after the was charged with First Degree Murder, a felony. A copy of the arrest warrant is attached to this affidavit.

6. All efforts by investigators to locate SHEHU since the arrest warrant was issued have been fruitless. All known addresses for SHEHU have been checked with negative results. SHEHU was also known to live with his parents at times. The abandoned taxi was his only known employment. No remains have been found in or near Lake Michigan or elsewhere which could confirm SHEHU in fact killed himself.

7. On January 14, 2008, Chicago FBI Agents met with Lieutenant Lay and Detective Szkolka from VPPD. The detectives believe that SHEHU did not kill himself as no body has been found, and that the suicide threat was an attempt to throw the investigation off while he fled. SHEHU has no other known relatives or connections in this area. The VPPD investigation determined that SHEHU has a brother who may be living in Canada.

8. Based on the information contained in this affidavit, I believe ARTUR SHEHU fled the State of Illinois to avoid prosecution for First Degree Murder.

9. The Dupage County State's Attorney will extradite SHEHU when he is apprehended.

_____
LARRY L. LAPP
Special Agent
Federal Bureau of Investigation

Subscribed to and Sworn before
me this 25th day of January, 2008

_____
MARTIN C. ASHMAN
United States Magistrate Judge

# W08A4280

| ARREST WARRANT | Villa Park Police | 1042 (REV.05/00) |

**STATE OF ILLINOIS** — **UNITED STATES OF AMERICA** — **COUNTY OF DU PAGE**

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS OR
A MUNICIPAL CORPORATION
-vs-
Artur Shehu
Defendant

CIRCUIT COURT CASE NUMBER: 08 CF 71

**ARREST WARRANT**

File Stamp Here

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETINGS
YOU ARE HEREBY COMMANDED forthwith to arrest

Defendants Name: Artur Shehu
Address: ____
for the offense of: First Degree Murder  in violation of Chapter: 720
section: 5/9-1(a)(1) of the Illinois Compiled Statutes, or city, or village ordinance, and without any unnecessary delay, bring him/her before this court or in the absence or inability of this court to act, the nearest or most accessible court in said county, or most accessible judge in the county where the arrest is made, to answer to the People of the State of Illinois on said charges and abide such further order as may be made concerning him/her.

Mileage Limitation (725 ILCS 5/107-9dS)
☐ Du Page, Lake, McHenry, Will, Kane, Cook Counties, City of Chicago, Other ____

Bail fixed at $ 3,000,000.00 (3 million)
☐ Personal Recognizance Authorized
☒ 10% Applies
☐ Full Bond Required

WARRANT CONTROL NO. 348838625

ISSUED IN SAID municipality, County and State this 8th day of January, A.D. 2008

s/ Mary E. O'Connor, JUDGE

**DEFENDANT INFORMATION**
Defendant's Name - Last: Shehu   First: Artur
Document Control Number: ____
Eyes ___ Hair ___ Sex M

FEES FOR SERVICE (SHERIFF)
Service ___
Mileage ___
Return ___
Total ___
Peace Officer ___

Originating Dept. or Municipal Number: 080107000414
COURT LOCATION: Rm 4004
SUGGESTED COURT DATES: 2. ___ 3. ___
COURT DATE SET: ___

Executed the within Warrant by reading the same to and arresting the within named defendant and bringing him into the court before ____
this ___ day of ____
BOND POSTED
TYPE OF BOND POSTED:
☐ Amount  ☐ 10%  ☐ Recognizance  ☐ Individual Bond
☐ Estate  ☐ License  ☐ Other ____

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS 60189-0707

| Page 1 of 2 Pages | Villa Park Police | 1102 (Rev. 09/01) |

**STATE OF ILLINOIS**  
**UNITED STATES OF AMERICA**  
**COUNTY OF DU PAGE**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PEOPLE OF THE STATE OF ILLINOIS OR

A MUNICIPAL CORPORATION

—vs—

Artur Shehu

Defendant

CASE NUMBER
08 CM
08 CF 71

4004

**COMPLAINT**

CITY, VILLAGE, TOWNSHIP OF

Villa Park

File Stamp Here

### COUNT ONE

In the name and by the authority of the People of the State of Illinois _____
_____ Detective John Szkolka _____ hereinafter called the complainant, on oath charges that at or about the hour of __1030__ on or about the __7th JS__ day of __January, 2008__ in said County and State __Artur Shehu__ hereinafter called the defendant committed the offense of

__First Degree Murder__

in violation of Chapter __720__ Paragraph __5 / 9-1(a)(1)__ of the Illinois Compiled Statutes, in this, to wit, that the said Defendant

without lawful justification, shot Syrja Shehu with a handgun, knowing said act would cause the death of Syrja Shehu, thereby causing the death of Syrja Shehu.

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the State of Illinois

### COUNT TWO

In the name and by the authority of the People of the State of Illinois _____
_____ Detective John Szkolka _____ hereinafter called the complainant, on oath charges that at or about the hour of __1030__ on or about the __7th JS__ day of __January, 2008__ in said County and State __Artur Shehu__ hereinafter called the defendant committed the offense of

__First Degree Murder__

in violation of Chapter __720__ Paragraph __5 / 9-1(a)(1)__ of the Illinois Compiled Statutes, in this, to wit, that the said Defendant

without lawful justification, shot Safo Shehu with a handgun, knowing said act would cause the death of Safo Shehu, thereby causing the death of Safo Shehu.

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the State of Illinois. (VERIFICATION ON LAST PAGE)

**CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS 60189-0707**