UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 08 CR 059 |
| | ) | Magistrate Judge Ashman (Assigned) |
| ARTUR SHEHU | ) | Magistrate Judge Valdez (Duty) |
| _____ | ) | |

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves this Court to dismiss the complaint in the captioned case without prejudice.

On or about January 25, 2008, the Defendant was charged in a criminal complaint with unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073. On or about April 8, 2008, the Defendant's body was pulled from Lake Michigan, the victim of an apparent suicide. Because the Defendant is deceased, the United States moves this honorable Court to dismiss the complaint without prejudice.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

       By:    s/Michael F. Pavia
                MICHAEL F. PAVIA
                Special Assistant
Date: April 14, 2008      United States Attorney
                (312) 829-8921

CERTIFICATE OF SERVICE

       The undersigned Special Assistant United States Attorney hereby certifies that the following document:

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served on April 14, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

```
                              By:  s/Michael F. Pavia
                                   MICHAEL F. PAVIA
                                   Special Assistant United
                                   States Attorney
                                   2111 W Roosevelt Rd.
                                   Chicago, Illinois 60608
                                   (312) 829-8921
```