UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| VS.    ) | 08 CR 059 |
| ) | |
| ARTUR SHEHU    ) | |
| _____) | |

## ORDER DISMISSING CRIMINAL COMPLAINT
## WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

_____
MARIA VALDEZ
United States Magistrate Judge

Date:_____