Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 59 | **DATE** | 4/14/2008 |
| **CASE TITLE** | USA vs. Artur Shehu | | |

**DOCKET ENTRY TEXT**

Enter Order granting Government's Motion Dismissing Criminal Complaint Without Prejudice [3].

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|