UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
VS. ) 08 CR 059
)
ARTUR SHEHU )
)

ORDER DISMISSING CRIMINAL COMPLAINT
WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

_____
MARIA VALDEZ
United States Magistrate Judge

Date: April 14, 2007